IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD C. SMITH                                                             Case No. 6:14-cv-01606-MA

           Plaintiff,                                                                       JUDGMENT

  v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

           Defendant.

MARSH, Judge

    Based on the Record, and the Opinion and Order filed herewith, the decision of the ALJ is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

    IT IS SO ORDERED.

    DATED this   30th   day of NOVEMBER, 2015.

                                                                              /s/ Malcolm F. Marsh
                                                                          Malcolm F. Marsh
                                                                          United States District Judge

1 - JUDGMENT